UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ELYAS MOHAMED KEROW,<br><br>               Defendant. | Case No. CR21-108 RSM<br><br>ORDER REVOKING BOND AND DETENTION ORDER |

On June 30, 2021, Mr. Kerow appeared for an initial appearance and detention hearing before the Honorable Theresa L. Fricke, United States Magistrate Judge, after which Mr. Kerow was released on an appearance bond that included restrictions that he submit to drug testing, notify his probation officer of any changes in his address or telephone number within one business day, and abide by all general and special conditions that Probation and Pretrial Services shall impose. (Dkt. # 50.) On November 17, 2021, Probation and Pretrial Services filed a Violation Report and Request for Warrant for Mr. Kerow, alleging that he violated the terms and conditions of his bond and standard conditions of Pretrial Supervision by failing to provide his probation officer with a telephone number he can be reached at, failing to notify his probation officer that he changed employment, and failing to report for drug testing. (Dkt. # 162.)

On April 13, 2022, Mr. Kerow made his appearance at a bond revocation hearing before the undersigned. At the hearing, Mr. Kerow admitted all alleged violations and stipulated to detention.

Pursuant to 18 U.S.C. § 3148, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On June 30, 2021, Mr. Kerow was released on bond with pretrial supervision and special conditions, including a special condition that he submit to drug testing, notify his probation officer of any changes in his address or telephone number within one business day, and abide by all general and special conditions that Probation and Pretrial Services shall impose.

(2) Mr. Kerow admits to failing to abide by the terms of his bond, as set forth in the bond violation allegations (1) through (3).

(4) The Court finds that Mr. Kerow is unlikely to abide by the conditions set by the Court.

IT IS THEREFORE ORDERED:

(1) Mr. Kerow's bond is hereby revoked;

(2) Mr. Kerow shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Mr. Kerow shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Kerow is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Kerow, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 13th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER REVOKING BOND AND DETENTION
ORDER - 3