The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARCO CALVERT-MAJORS,<br><br>        Defendant. | No. CR21-53 RSM<br><br>CASE SCHEDULING ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH N. LEE,<br><br>        Defendant. | No. CR21-56 RSM |

Case Scheduling Order - 1
*U.S. v. Calvert-Majors et al.*, CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM,
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Clemente,* CR21-63RSM, *U.S. v. Jordan,* CR 21-64RSM,
*U.S. v. Arambula et al,* CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, CR21-108RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS G. SNIPES,<br>YUSEF H. PARRISH,<br><br>    Defendants. | No. CR21-57 RSM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUGENE MCGEE, and<br>RANDOLPH P. BROWN,<br><br>    Defendants. | No. CR21-58 RSM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR CLEMENTE,<br><br>    Defendant. | No. CR21-63 RSM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG JORDAN,<br><br>    Defendant. | No. CR21-64 RSM |

Case Scheduling Order - 2
*U.S. v. Calvert-Majors et al.*, CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM,
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Clemente,* CR21-63RSM, *U.S. v. Jordan,* CR 21-64RSM,
*U.S. v. Arambula et al*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, CR21-108RSM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CESAR ARAMBULA,<br><br>      Defendant. | No. CR21-107 RSM |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RAFAEL RAMIREZ,<br>ELYAS MOHAMED KEROW,<br>BRETT DAVID RADCLIFF,<br><br>      Defendants. | No. CR21-108 RSM |

These related cases were scheduled for a status conference before this Court on September 22, 2022, at 9:00 a.m. All of the parties have jointly moved to strike the status conference and to enter a case scheduling order.

The Court being fully advised, and there being no objecting parties, the Court GRANTS the motion. The status conference scheduled for September 22, 2022, is STRICKEN. The Court sets the following schedule with respect to briefing of pretrial motions:

/ / /

/ / /

Case Scheduling Order - 3
*U.S. v. Calvert-Majors et al.*, CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM,
*U.S. v. Snipes et al.,* CR21-57, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Clemente,* CR21-63RSM, *U.S. v. Jordan,* CR 21-64RSM,
*U.S. v. Arambula et al,* CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, CR21-108RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Defense pretrial motions due: | January 9, 2023 |
| 2 | Government's responses due: | February 6, 2023 |
| 3 | Optional reply briefs due: | February 13, 2023 |
| 4 | Motions hearing dates, if needed: | March 1 and 2, 2023 |

DATED this 12th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Case Scheduling Order - 4
*U.S. v. Calvert-Majors et al.*, CR21-53RSM,
*U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM,
*U.S. v. Snipes et al.*, CR21-57, *U.S. v. McGee et al.*, CR21-58RSM,
*U.S. v. Clemente,* CR21-63RSM, *U.S. v. Jordan,* CR 21-64RSM,
*U.S. v. Arambula et al*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, CR21-108RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970