Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ELYAS MOHAMED KEROW,<br><br>Defendant. | NO. CR21-108 RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

On October 13, 2022, the Defendant entered a guilty plea to a lesser-included offense as Count 1 of the Indictment charging him with conspiring to distribute a controlled substance. Dkt. 322. The plea was entered pursuant to a plea agreement. Dkt. 325. Subsequent to entry of the guilty plea, the Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. Dkt. 330. The Defendant executed a contract memorializing his acceptance and participation in the program. Dkt. 331.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*KEROW*/CR21-108 RAJ - 1

1

2   1.  Defendant's participation in the DREAM program is terminated;

3   2.  On Defendant's request, his previously entered guilty plea is withdrawn

4       pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court

5       finding a fair and just reason having been demonstrated by Defendant's

6       successful completion of the DREAM program; and

7   3.  On motion of the government under Federal Rule of Criminal Procedure 48(a),

8       the criminal charges filed against the Defendant in the above-captioned case

9       are dismissed with prejudice with good cause having been shown by

10      Defendant's successful completion of the DREAM program.

11

12  DATED this 20th day of October, 2023.

13

14

15  _____

16  United States District Judge
    Western District of Washington
17  DREAM Judicial Officer

18

19

20

21

22

23

24

25

26

27

28

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*KEROW/*CR21-108 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970